**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-012 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| BRUCE EDWARD PAYNE, JR., | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On April 15, 2020, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (hereinafter the "subject property") had been forfeited to the United States pursuant to 21 U.S.C. § 853(a):

- $1,420.00 in United States currency;

- Glock 31, .357 caliber, Serial No. BHXL965, with all attachments including an Insite M6X tactical laser illuminator and 16 rounds of ammunition;

- Husan & Eksen, Model MKA 1919, 12 ga, Serial No. E1502618, with all attachments including an EoTech sight and approximately 5 rounds of ammunition;

- Glock M/N 22, 40 caliber, Serial No. KXF114, with all attachments and approximately 10 rounds of ammunition;

- Mossberg M/N 500A, 12 ga, Serial No. L817279, with all attachments including a green camo sling and approximately 6 rounds of ammunition;

- Rock Island, Model M1911-A1 MS, 45 caliber, Serial No. RIA1880702, with all attachments and approximately 8 rounds of ammunition;

- Miscellaneous ammunition, which includes, but is not limited to, the following:

    - 2 boxes of 12 gauge shotgun shells;

- Miscellaneous ammunition found in blue duffel bag;
- Box of 10mm ammunition;
- Box of 357 ammunition; and
- 53 rounds of 9mm ammunition;

- Apple iPhone; Model A1524, IMEI 359245069906863, black and silver in color; and
- TCL cell phone, Model A501DL, IMEI 01593000060016, black in color with cracked screen.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On June 10, 2020, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property.  The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 9, 2020.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Virnett Smith.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 21 U.S.C. § 853(a) and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: July 30, 2020 \*s/Thomas M. Rose

                                              THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE